

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00265-CV

| | | |
|---|---|---|
| JIMMIE A. FRANKLIN AND DAVID C. COWDEN, Appellants | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2020-004836-2) |
| V. | | |
| | § | October 3, 2024 |
| JACQUELINE CHATTO, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the amended final judgment of the trial court is affirmed.

It is further ordered that Appellants Jimmie A. Franklin and David C. Cowden shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
       Justice Dabney Bassel